JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTHA JO PETERS,<br><br>    Plaintiff,<br><br>  v.<br><br>EMPLOYMENT DEVELOPMENT DEPT. OF CALIFORNIA; MARRIOTT HOTEL COMPANY; JUDGE JOHN VINEYARD,<br><br>    Defendants. | Case No. EDCV 13-01628-VAP (OPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE to its refiling in a state court jurisdiction.  The Court orders that such judgment be entered.

Dated: December 12, 2013

                                          VIRGINIA A. PHILLIPS<br>                                          United States District Judge